Richard F. Ensor (10877)
VANTUS LAW GROUP, P.C.
3165 East Millrock Drive, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

*Attorneys for Plaintiff Tetra Financial Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TETRA FINANCIAL GROUP, LLC, a Utah limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>FPI MB ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>  Defendant. | **DEFAULT JUDGMENT AGAINST DEFENDANT FPI MB ENTERTAINMENT, LLC**<br><br>Case No. 2:09cv816<br><br>Judge Kimball |

IT APPEARING FROM THE RECORD in the above-entitled action that:

Defendant FPI MB Entertainment, LLC has failed to plead or otherwise defend in the above-entitled matter; Defendant FPI MB Entertainment, LLC is not an infant or incompetent person; Defendant FPI MB Entertainment, LLC's default has been duly entered by the Clerk; and the amount of damaged caused by Defendant's breach of the parties' lease agreement is for a sum certain; and because Plaintiff has submitted the required documentation for entry of default judgment, it is hereby ORDERED, ADJUDGED AND DECREED that:

  1. Judgment is hereby entered in favor of Plaintiff Tetra Financial Group, LLC as against Defendant FPI MB Entertainment, LLC as follows:

  a. For the sum of $13,968,841.36;

*[Clerk's certification stamp: I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah. # of pages 2. Date: 9/16/2010. D. MARK JONES, Clerk. By: [signature] Deputy Clerk]*

      b.      For post-judgment interest at the rate of 18% from the entry of this Judgment, as allowed by Section 20(m) of the Lease, until paid in full; and

      c.      For reasonable attorney's fees and costs incurred in Plaintiff's efforts to collect this judgment.

DATED this 29th day of June, 2010.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH - CENTRAL
DIVISION

By: _____
Judge Kimball

2